STATE OF NEW JERSEY v. KIM L. PASSWAITER.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. ADOLPH LUNDY.

February 18, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES STOUT AND
EDGAR MONCRIEFFE.

February 18, 1981.

Petition for certification denied.

FRANK LEWICKI v. NEW JERSEY ART FOUNDRY.

February 18, 1981.

Petition for certification granted.   (See 176 *N.J.Super.* 358)

FRANK LEWICKI v. NEW JERSEY ART FOUNDRY.

February 18, 1981.

Petition for certification granted.   (See 176 *N.J.Super.* 358)